**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, HERBERT S. OLSON**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>   Plaintiff,<br>v.<br><br>JENS SKAANILD, LISE SKAANILD,<br>BALVANT PATEL and DHAMISTHA PATEL,<br>dba KELSEYVILLE MOTEL, and DOES ONE<br>to FIFTY, inclusive,<br><br>   Defendants. | Case No. C-07-6196 MHP<br><br>**NOTICE OF CHANGE OF<br>ATTORNEY EMAIL ADDRESS** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

   JASON K. SINGLETON         jason@singletonlawgroup.com

   RICHARD E. GRABOWSKI     rgrabowski@mckinleyville.net

                                     **SINGLETON LAW GROUP**

Dated:     February 15, 2008            /s/ Jason K. Singleton
                                     Jason K. Singleton,
                                     Richard E. Grabowski, Attorneys for
                                     Plaintiff, **HERBERT S. OLSON**

Notice of change of attorney email address        1                    C-07-6196 MHP