**JASON K. SINGLETON, CSB#166170**
**RICHARD E. GRABOWSKI, CSB#236207**
**SINGLETON LAW GROUP**
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
FAX 441-1533

**Attorneys for Plaintiff, HERBERT S. OLSON**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT S. OLSON,**<br>     Plaintiff(s),<br>v.<br>**JENS SKAANILD, LISE SKAANILD, et al.,**<br>     Defendant(s). | CASE NUMBER<br><br>C-07-6196 MHP<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

■ This action is dismissed by the Plaintiff (s) in its entirety.

☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐ ONLY Defendant (s) _____ is (are) dismissed from

(Circle one)     Complaint, Counterclaim, Cross-claim, Third Party Claim

brought by _____.

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:   March 26, 2008                    /s/ Jason K. Singleton
                                                              Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

*[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel / 03/27/08]*

CV-9 (7/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)